# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
| | ) | |
| JaSHAUNNA GRAY | ) | Case No. 14-36841 |
| | ) | |
| Debtor(s). | ) | Judge Cox |

## NOTICE OF MOTION

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Tom Vaughn, Chapter 13 Trustee: ecf@tvch13.net

*To the following persons or entities who have been served via U.S. Mail:*
City of Chicago Department of Finance c/o Arnold Scott Harris
    111 W. Jackson Ste 600, Chicago IL, 60304
JaShaunna Gray
    PO Box 2257, Bridgeview IL, 60455-6257

Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in her stead at 219 South Dearborn Street, Chicago, IL 60604, and present the attached **Motion to Extend Time for Debtor to File Claim on Behalf of Creditor,** at which time and place you may appear.

    JUDGE:    Cox
    ROOM:     680
    DATE:     Monday, January 22, 2018
    TIME:     9:00 AM

## PROOF OF SERVICE

The undersigned certifies that a copy of this Notice of Motion and attachments were deposited at the United States Post Office, Wheeling, Illinois, 60090, on or before January 15, 2018, at 5:00p.m., with sufficient postage prepaid, or served electronically by the bankruptcy court, under oath and under all penalties of perjury.

                                /s/ Ryan J. McCready
                                Ryan J. McCready, A.R.D.C. #6308289
                                Attorney for the Debtor(s)


DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
| | ) | |
| JaShaunna Gray | ) | Case No. 14-36841 |
| | ) | |
| Debtor(s). | ) | Judge Cox |

### MOTION TO EXTEND TIME FOR DEBTOR TO FILE CLAIM ON BEHALF OF CREDITOR

NOW COMES, THE DEBTOR, JaSHAUNNA GRAY, by and through her attorneys, DAVID M. SIEGEL AND ASSOCIATES, LLC, to present this Motion, and in support thereof states as follows:

1) Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2) On October 10, 2014, the Debtor filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 USC, and the Chapter 13 plan was confirmed on January 26, 2015.

3) Tom Vaughn was appointed Trustee in this case.

4) The Debtor's Modified Chapter 13 plan provides for payments of $325.00 monthly for 39 months with an initial plan term of 36 months, with payments to the General Unsecured Creditors of 10% of their allowed claims.

5) The Debtor tried in good faith to list all of her creditors in the schedules filed with the Chapter 13 petition, but the debt owed to the City of Chicago for tickets (0060047568, 9184362059, 7005537109) was inadvertently omitted.

6) The deadlines for filing a proof of claim were January 6, 2015 for all creditors except governmental units, and February 24, 2015 for governmental units; and the time for Debtors to file a proof of claim pursuant to Bankruptcy Rule 3004 has expired.

7) The Debtor owed the City of Chicago $488.00, as unsecured.

8)    The Debtor wishes that the debt owed to City of Chicago be paid through her Chapter 13 plan.

9)    The Debtor filed Claim 10-1 on January 12, 2018, on behalf of the City.

10)   The Debtor requests that the period be extended so that Claim 10-1 is timely.

WHEREFORE, the DEBTOR, JaSHAUNNA GRAY, prays that this Honorable Court enter an Order to extend the time for Debtor to file a claim on behalf of creditor.

Respectfully Submitted,

/s/ Ryan J. McCready\
Ryan J. McCready, A.R.D.C. #6308289\
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC\
790 Chaddick Drive\
Wheeling, IL  60090\
847/520-8100